FILED

08/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0145

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0145

_____

SAXON DRU POLICH,

     Petitioner and Appellant,

   v.

                                             O R D E R

GREAT FALLS MUNICIPAL COURT,
JUDGE STEVEN B. BOLSTAD,
PRESIDING JUDGE,

     Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John A. Kutzman, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 24 2022